| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No. | |
| ATTORNEY FOR (Name): PLAINTIFF | STAR LAUNDRY 2/25/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:

TORRES

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0800988 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS & COMPLAINT; NOTICE OF CASE ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CERTIFICATION AS TO INTERESTED PARTIES; ORDERS SETTING INITIAL CASE AND ADR DEADLINES' WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; CIVIL COVER SHEET

3. a. Party served:   VALENTIN A. TORRES, INDIVIDUALLY AND D/B/A STAR LAUNDRY A/K/A LA TORTA LOCA #1

4. Address where the party was served:   1399 LEONARD DRIVE
   (Residence)   SAN LEANDRO, CA 94577

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:   May 12, 2008 at: 07:41 pm
   under the following Code of Civil Procedure section:
   SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
   a. F. MOORE
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $80.00
   e. **I am:** (3) registered process server.
      (i) independent contractor
      (ii) Registration No.: 1014
      (iii) County: ALAMEDA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

*f moore*

F. MOORE

Judicial Council form POS-010 Rev. 01/01/07

PROOF OF SERVICE