| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No.: | |
| ATTORNEY FOR (Name):  PLAINTIFF | STAR LAUNDRY 2/25/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
TORRES

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0800988 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS & COMPLAINT; NOTICE OF CASE ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CERTIFICATION AS TO INTERESTED PARTIES; ORDERS SETTING INITIAL CASE AND ADR DEADLINES' WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; CIVIL COVER SHEET

3. a. Party served:   OMAR TORRES, INDIVIDUALLY AND D/B/A STAR LAUNDRY A/K/A LA TORTA LOCA #1

4. Address where the party was served:   1399 LEONARD DRIVE
   SAN LEANDRO, CA  94577

5. I served the party
   b. **by substituted service.** On:  May 12, 2008 at: 07:41 pm I left the documents listed in item 2
   with or in the presence of   VALENTIN TORRES - CO-OCCUPANT
   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
      SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
   a. F. MOORE
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was:  $60.00
   e. I am:  (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 1014
      (iii) County: ALAMEDA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 20, 2008

*F. Moore*
F. MOORE

Judicial Council form POS-010 Rev. 01/01/07     PROOF OF SERVICE     10018-2/asgensdc

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No. | |
| ATTORNEY FOR (Name):   PLAINTIFF | STAR LAUNDRY 2/25/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT:
TORRES

| DECLARATION<br>RE: DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>C0800988 |
|---|---|---|---|---|

I received the within process on May 5, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:   OMAR TORRES, INDIVIDUALLY AND D/B/A STAR LAUNDRY A/K/A   LA TORTA LOCA #1

Residence:   1399  LEONARD DRIVE, SAN  LEANDRO, CA 94577

Business:   Business address was not known at the time of service.

As enumerated below:

May 8, 2008   06:44 am
    NO ANSWER (RESIDENCE).
May 11, 2008   12:30 pm
    NO ANSWER (RESIDENCE), NO ACTIVITY.
May 12, 2008   07:40 pm
    NOT HOME (RESIDENCE) PER VALENTIN TORRES, CO-OCCUPANT.
May 12, 2008   07:41 pm
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

Person who served papers
    F. MOORE
    ABSOLUTE SERVICE OF LOS ANGELES
    1301 WEST SECOND STREET, SUITE 204
    LOS ANGELES, CA 90026
    (213) 481-7334

The fee for service was:  $60.00
I am: registered California process server.
    independent contractor
    Registration No.: 1014
    County: ALAMEDA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 20, 2008

*F. Moore*
F. MOORE

Judicial Council form POS-010         DECLARATION REGARDING DILIGENCE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.<br>STAR LAUNDRY 2/25/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF/PETITIONER
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
TORRES

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0800988 |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **May 13, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS & COMPLAINT; NOTICE OF CASE ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CERTIFICATION AS TO INTERESTED PARTIES; ORDERS SETTING INITIAL CASE AND ADR DEADLINES' WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; CIVIL COVER SHEET

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

OMAR TORRES, INDIVIDUALLY AND D/B/A STAR LAUNDRY A/K/A  LA TORTA LOCA #1
1399  LEONARD DRIVE
SAN  LEANDRO, CA 94577

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Person who served papers
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $60.00
I am: registered California process server.
    employee
    Registration No.: 5211
    County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 20, 2008

_M. MANCHESTER_

Judicial Council form POS-010          PROOF OF SERVICE BY MAIL