1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

J&J SPORTS PRODUCTIONS, INC,    )
                                )    CASE  NO. C-08-0988  MEJ
                Plaintiff (s)    )
        v.                       )    **NOTICE OF IMPENDING**
                                 )    **REASSIGNMENT TO A**
                                 )    **UNITED STATES**
VALENTIN TORRES,                 )    **DISTRICT COURT JUDGE**
                                 )
                Defendant (s)    )
_____  )

        The Clerk of this Court will now randomly reassign this case to a United States District Judge

because either:

___x___  (1)  One or more of the parties has requested reassignment to a United States District Judge, or

_____  (2)  One or more of the parties has sought  a kind of judicial action that a Magistrate Judge may
not take without the consent of  all parties, the necessary consents

have not been secured, and time is of the essence.

_____ (3)  One or more of the parties is without counsel and have not made the necessary consent to

proceed before a Magistrate Judge within 30 days.

        All previous hearing dates are hereby  **VACATED.**

Dated: May 23, 2008


_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk