UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.

        Plaintiff(s),	No. C 08-00988 JSW

   v.	**CLERK'S NOTICE**

VALENTIN A. TORRES

        Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on September 5, 2008, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** June 13, 2008 , in this matter. A case management statement shall be due on or before August 29, 2008.

Plaintiff shall serve this clerk's notice on Defendants and file proof of such service.

Richard W. Wieking
Clerk, United States District Court

By:_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: June 9, 2008