1  VALENTIN TORRES
   **Name and Address**
2  1399 LEONARD DR
3  SAN LEANDRO CA 94577

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No. C08-00988 JSW

9  J&J PRODUCTIONS, INC
   **Plaintiff / Petitioner**

Document Name:

11  VS.

12  VALENTIN TORRES AND OMAR TORRES
    INDIVIDUALLY AND d/b/a STAR LAUNDRY
13  a/k/a LA TORTA LOCA
    **Defendant / Respondent**

DEFENDENTS MOTION TO DISMISS THE COMPLAINT FOR INSUFFICIENCY OF PROCESS.

FILED
08 JUN -6 PM 1:55

HONORABLE JUDGE WHITE:

My daughter recieved a summon on May 12, 2008 against me from plaintiff indicated above. I write, read, and speak very little english I've had my daughter help me write this letter. I Valentin A. Torres can prove upon request, that I have no contract with Star Laundry Mat nor with J & J Productions or any kind of cable. However my son Omar Torres did have a contract with Star Laundry Mat and the Cable Co.

La Torta Loca and Star Laundry Mat are two different businesses under one building. I Valentin A. Torres am only the owner of La Torta Loca, and Omar Torres was the person in charge of only the Star Laundry Mat. I request that for such other and further relief as this honorable judge may deem just and proper go over this case and dismiss my name from any and all allegations pertaining to this case

Date 6/6/2008

Respectfully submitted,

*[signature: Valentin A. Torres]*