**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

June 10, 2008

RE: <u>CV 08-00988 JSW</u>     <u>J&J SPORTS PRODUCTIONS, INC.-v- VALENTIN A. TORRES</u>

Default is entered as to Valentin Torres on June 9, 2008.

RICHARD W. WIEKING, Clerk

*(signature)*

by<u>Hilary D. Jackson</u>  
Case Systems Administrator

NDC TR-4  Rev. 3/89