**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

————————

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking | General Court Number |
| Clerk | 415.522.2000 |

June 12, 2008

RE:  <u>CV 08-00988 JSW</u>        <u>J&J SPORTS PRODUCTIONS, INC.-v- VALENTIN A.</u>
<u>TORRES</u>

Default was entered in error.  Default is declined as to Valentin A. Torres on June 12, 2008.


RICHARD W. WIEKING, Clerk


by:  <u>Hilary D. Jackson</u>
Case Systems Administrator