**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 17, 2008

RE: CV 08-00988 JSW     J&J SPORTS PRODUCTIONS, INC.-v- VALENTIN A. TORRES

Default is entered as to Omar Torres on June 17, 2008.

RICHARD W. WIEKING, Clerk

by Hilary D. Jackson
Case Systems Administrator

NDC TR-4  Rev. 3/89