IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | |
| Plaintiff, | No. C 08-00988 JSW |
| v. | |
| VALENTIN A. TORRES, individually and d/b/a STAR LAUNDRY a/k/a LA TORTA LOCA #1, and OMAR TORRES, individually and d/b/a STAR LAUNDRY a/k/a LA TORTA LOCA #1, | **ORDER RE MOTION TO DISMISS** |
| Defendants. | |

On June 6, 2008, defendant Valentin Torres filed a document captioned "Defendants Motion to Dismiss the Complaint for Insufficiency of Process." Mr. Torres did not notice this motion for a hearing, in violation of Civil Local Rule 7-2. Moreover, although the caption of the motion asserts insufficiency of process, the two paragraphs of text in the body of the document appear to assert that Mr. Torres should not be named as a defendant. The Court HEREBY STRIKES the purported motion filed by Mr. Torres as improper. Mr. Torres shall have until **August 8, 2008** to file and serve a properly noticed motion to dismiss. Mr. Torres is

///
///
///
///
///

1  directed to specify the grounds for his motion to dismiss, along with any supporting legal
2  authority, in the body of motion.
3  **IT IS SO ORDERED.**
4  Dated: July 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

VALENTIN A. TORRES et al,

    Defendant.

Case Number: CV08-00988 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Valentin A. Torres
1399 Leonard Drive
San Leandro, CA 94577

Dated: July 10, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk