1  Valentin A. Torres
2  1399 Leonard Drive
   San Leandro, CA 94577
3  Telephone: (510) 532-7105

4  Pro Se

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 | J & J Sports Productions, Inc.,            Case No. 3:08-cv-00988-JSW

12 |         Plaintiff,                          [PROPOSED] ORDER GRANTING
                                                 DEFENDANT'S MOTION TO DISMISS
13 |    vs.                                      COMPLAINT

14 | Valentin A. Torres and Omar Torres,         FOR:  Honorable Jeffrey S. White
15 | individually and d/b/a Star Laundry
   | a/k/a La Torta Loca #1,                     DATE: Friday, September 12, 2008
16
17 |         Defendants.                         TIME: 9:00 AM

18

19     Defendant Valentin A. Torres' motion to dismiss the above-entitled action pursuant to

20 FRCivP 21 and FRCivP 12(b)(6) due to lack of personal jurisdiction and for failure to state

21 sufficient facts to support a valid legal claim came on regularly for hearing by the Court on

22

23 September 12, 2008. Plaintiff having appeared through counsel, Defendant proceeding *pro se*,

24 the Court having reviewed the moving papers and opposition papers, and having heard oral

25 argument, the Court orders as follows:

26 ///
27 ///
   ///
28

1
2  IT IS ORDERED that this Complaint be dismissed with prejudice and that Plaintiff and
3  its attorney each pay forthwith to Defendant the sum of $ 1,575.00 for expenses incurred in
4  defending this lawsuit.
5
6
7  DATED: _____
8
                                               _____
9                                              JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28