~~ORIGINAL~~

PROOF OF SERVICE (SERVICE BY MAIL)

I, Adriana Sanchez, the undersigned hereby declare:

I am over eighteen years of age and not a party to the above action. My business address is 40051 Michelle Street, Fremont, California 94538.

On July 28, 2008, I served:

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

**DECLARATION OF VALENTIN A. TORRES; and**

**PROPOSED ORDER**

CASE NO. 3:08-CV-00988-JSW

on the party named below, addressed as follows:

> Thomas P. Riley, Esq.
> Law Offices of Thomas P. Riley, P.C.
> First Library Square
> 1114 Fremont Avenue
> South Pasadena, CA 91030-3227
> Facsimile: (626) 799-9795

[x]  By U.S. Mail: I placed a true copy in a sealed envelope to the party stated above and deposited the sealed envelope with the United States Postal Service with the postage fully prepaid.

[ ]  By Facsimile: I caused said documents to be transmitted to the above-named parties by a fax machine.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 28, 2008, at Fremont, California.

Dated: July 28, 2008

*Adriana Sanchez*
Adriana Sanchez