IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | |
| Plaintiff, | No. C 08-00988 JSW |
| v. | |
| VALENTIN A. TORRES, individually and d/b/a STAR LAUNDRY a/k/a LA TORTA LOCA #1, and OMAR TORRES, individually and d/b/a STAR LAUNDRY a/k/a LA TORTA LOCA #1, | **ORDER SETTING HEARING AND BRIEFING SCHEDULE RE MOTION TO DISMISS** |
| Defendants. | |

On July 29, 2008, defendant Valentin Torres filed a motion to dismiss and noticed it to be heard on September 12, 2008. September 12, 2008 was not available as a hearing date when Mr. Torres filed his motion to dismiss. However, because Mr. Torres is proceeding *pro se* the Court HEREBY SETS the motion to dismiss to be heard on **October 3, 2008 at 9:00 a.m.**

The Court FURTHER ORDERS that an opposition to the motion shall be filed by no later than **August 18, 2008** and a reply, if any, brief shall be filed by no later than **August 25, 2008.**

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

///

///

///

1  schedule, they may submit for the Court's consideration a stipulation and proposed order
2  demonstrating good cause for any modification requested.
3  **IT IS SO ORDERED.**
4  Dated: August 4, 2008

*[signature]*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

VALENTIN A. TORRES et al,

    Defendant.
                            /

Case Number: CV08-00988 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Valentin A. Torres
1399 Leonard Drive
San Leandro, CA 94577

Dated: August 4, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk