UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.

       Plaintiff(s),                            No. C 08-00988 JSW

     v.                                      **CLERK'S NOTICE**

VALENTIN A. TORRES

       Defendant(s).

_____/

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE HEREBY NOTIFIED that on October 3, 2008, at 9:00 a.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** September 5, 2008 , in this matter.   The case management statements shall be due on or before September 26, 2008.

Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

                                                Richard W. Wieking
                                               Clerk, United States District Court

                                               By:_____
                                               Jennifer Ottolini, Deputy Clerk
                                               Honorable Jeffrey S. White
                                               (415) 522-4173

Dated:  August 19, 2008

NOTE:  Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

  v.

VALENTIN A. TORRES et al,

        Defendant.

Case Number: CV08-00988 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Valentin A. Torres
1399 Leonard Drive
San Leandro, CA 94577

Dated: August 19, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk