FILED

08 AUG 25  AM 11: 50

1

**Valentin A. Torres**
**1399 Leonard Drive**
**San Leandro, CA 94577**
**Telephone: (510) 532-7105**

**Pro Se**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **Case No. 3:08-cv-00988-JSW** |
| **Plaintiff,** | **DEFENDANT'S SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT** |
| **vs.** | |
| **Valentin A. Torres and Omar Torres, individually and d/b/a Star Laundry a/k/a La Torta Loca #1,** | **FOR:    Honorable Jeffrey S. White** |
| | **DATE: September 5, 2008** |
| **Defendant.** | **TIME: 1:30 PM** |

**ORIGINAL**

Pursuant to Civil Local Rule 16-9(a) and the Court's Standing Order titled "Contents of Joint Case Management Statement," Defendant Valentin A. Torres, proceeding *pro se*, submits this Separate Case Management Statement for the consideration of this Honorable Court.

The Defendant makes the following representations and recommendations to the Court in advance of the Case Management Conference, presently set for Friday, September 5, 2008:

**1.    Bases of Subject-Matter Jurisdiction, Personal Jurisdiction and Venue**

Plaintiff's allegations that Defendant Torres violated two(2) federal telecommunications statutes are factually incorrect, conclusory, and unsubstantiated by any credible evidence. Because Defendant Valentin A. Torres was named as a defendant in error and did not engaged in any of the alleged wrongful acts, Defendant contends this Court has neither

- 1 -

subject matter jurisdiction nor personal jurisdiction over Defendant.

Defendant also argues that venue is improper for the same reasons that the Court does not have jurisdiction over Defendant.

## 2. Brief Statement of Facts

Defendant Valentin A. Torres was the owner and operator of Star Laundromat from October 1, 2004 to December 31, 2004. To substantiate this period of ownership, a true and correct copy of the City of Oakland Account Details Report is incorporated herein and attached hereto as Exhibit "A." Moreover, the attached tax return statement for Omar Torres from the California Board of Equalization, provides further evidence that Defendant did not own or operate Star laundromat after December 31, 2004. A true and correct copy of the tax statement is incorporated herein and attached hereto, as Exhibit "B."

Defendant is the owner-operator of La Torta Loca No. 1, a take-out food stand at 3419 International Blvd., Oakland, California. Omar Torres, Defendant's son, is the former operator of Star Laundry. Although the two businesses shared a common address in the same building, they are two entirely separate businesses, each owned and operated by different individuals after December 31, 2004. La Torta Loca No. 1

Defendant has obtained documents from from his son which shows the following:

1) On January 27, 2008, Omar Torres entered into an agreement with Dish Network for satellite television program. The contract and invoice for activation fee are in Omar Torres' name only.

2) On February 25, 2008, Omar Torres placed a PPV (Pay-Per-View) order with Dish Network for the boxing match between Vargas vs. Mosley. Charges for the PPV order are on a Dish Network account in Omar Torres' name only.

True and correct copies of the above documents, including a receipt showing payment for the PPV order, are incorporated herein and attached hereto as Exhibit "C."

3) Defendant was not a party to nor did he attend the PPV showing of the boxing match.

Based on the aforementioned facts, Defendant Valentin A. Torres denies that he

- 2 -

misappropriated a televised professional boxing program to which the Plaintiff allegedly owned the exclusive domestic commercial exhibition rights.

## Principal Factual Issues in Dispute

1) Defendant Valentin A. Torres denies that he operated a business establishment using the name"Star Laundry' on February 25, 2006 and used that business to misappropriate a televised professional boxing program on February 25, 2006.

2) Plaintiff claims that Defendant violated two federal statutes by allegedly intercepting transmission of a boxing program and allegedly exhibiting the program at the "Star Laundry" on February 25, 2006. Defendant denies these allegations.

## 3. Legal Argument

a. Rule 21 of the Federal Rules of Civil Procedure authorizes district courts to dismiss a non-diverse defendant who has no real connection to the litigation. See *Whitaker v. American Telecasting, Inc.,* 261 F3d 196, 206-07 (2d Cir. 2001.) "It is well settled that Rule 21 invests district courts with authority to allow a dispensable nondiverse party to be dropped at any time, even after Judgment has been rendered.' *Newman-Green, Inc. v. Alfonzo-Larrain,* 490 U.S. 826, 832, 109 S.Ct. 2218, 2222, 104 L.Ed.2d 893 (1989.0 Rule 21 also states "Joinder may be inappropriate for a variety of reasons, including situations in which joinder of parties produces defects in jurisdiction or venue."

Because Plaintiff failed to show a factual nexus of Defendant Torres to the alleged violations of federal statutes, it appears that the Court does not have personal jurisdiction over Torres. Therefore, the Complaint against Defendant should be dismissed as a matter of law.

b. Federal Rule of Civil Procedure 12(b)(6) authorizes trial courts to terminate lawsuits "that are fatally flawed in their legal premises." (*Advanced Cardiovascular Sys., Inc. v. Scimed Life sys, Inc.,* 988 F.2d 1157, 1160 (Fed.Cir.1993.) "A claim may be dismissed either because it asserts a legal theory that is not cognizable as a matter of law or because it fails to allege sufficient facts to support a cognizable legal claim." (*SmileCare Dental Group v. Delta Dental Plan of Cal.,* 88 F.3d 780, 783 (9th Cir.1996.) "A claim will only be dismissed under Rule 12(b)(6) if it appears beyond doubt that the pleader can prove no set of facts in support of the

- 3 -

claim that would entitle the pleader to relief." (*Conley v. Gibson,* 355 U.S. 41, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957).

Plaintiff has provided no evidence that Defendant managed or had any control over Star Laundry on February 25, 2006. Moreover, the implied assertion that Defendant somehow "intercepted, received and exhibited" a televised boxing program from a take-out food stand defies logic and provides no legal basis for Plaintiff's claim. Finally, Plaintiff has not explained the method by which the so-called misappropriation was accomplished.

For the foregoing reasons, this lawsuit against Defendant should be terminated because it fails to allege sufficient facts to support a valid legal claim.

**4.    Prior Motion**

On July 29 2008, in response to this lawsuit, Defendant filed a Motion to Dismiss the Complaint. The motion is scheduled to be heard on October 3, 2008. Defendant does not anticipate any additional motions at this time.

**5.    Amendment of Pleadings**

Defendant does not anticipate adding or dismissing any parties, claims, or defenses.

**6.    Evidence Preservation**

Defendant has taken steps to preserve evidence that he believes is relevant to the issues reasonably evident in this action.

**7.    Disclosures**

There has been no direct communication between the parties concerning initial disclosures and the filing of a Rule 26(f) Report.

**8.    Discovery**

Defendant has not initiated discovery to date, and is currently uncertain about anticipated discovery and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

**9.    Class Actions**

This is not a class action lawsuit.

**10.    Related Cases**

Defendant is unaware of any related cases.

- 4 -

**11.    Relief and Damages**

a. Defendant prays that damages sought by Plaintiff be denied for the reasons outlined in Paragraphs 1 through 3 above;

b. Defendant seeks damages of $1,500.00, representing the cost to defend against this frivolous complaint to date; and

c. Defendant will seek damages for any future attorney fees.

**12.    Settlement and ADR**

The parties have not been assigned to an ADR process. For reasons previously stated, there are no prospects for settlement of Plaintiff's request for damages.

**13.    Consent to Magistrate Judge For All Purposes**

The Defendant does not consent to disposition and trial of this action by a Magistrate Judge.

**14.    Other References**

Defendant does not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15.    Narrowing of Issues**

Defendant does not believe an attempt to narrow the issues will serve any useful purpose, given the objective of bringing this matter to a speedy and inexpensive disposition.

**16.    Expedited Schedule**

Defendant believes this is the type of case that can be handled on an expedited basis with streamlined procedures.

**17.    Scheduling**

Defendant does not have any proposed dates for scheduling at the present time.

**18.    Trial**

Should it become necessary, Defendant requests a jury trial.

**19.    Disclosure of Non-party Interested Entities or Persons**

Pursuant to Civil Local Rule 3-16, Defendant has filed the "Certification of Interested Entities or Persons." Defendant does not know of any party or parties, other than himself, that

has a financial interest in the outcome of this case or any other kind of interest that could be substantially affected by the outcome of the proceeding.

**20.    Other Matters to Expedite Disposition of This Case**

Unless Plaintiff has clear and convincing evidence to contradict Defendant's facts and argument, further hearings on this matter appear to be unnecessary. Defendant believes this matter should be resolved without oral argument.

Respectfully submitted,

Dated: $8 - 17 - 08$

VALENTIN A. TORRES
DEFENDANT PRO SE

- 6 -

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated: _____

**HONORABLE JEFFREY S. WHITE**
United States District Judge
Northern District of California

- 7 -

1  Valentin A. Torres
2  1399 Leonard Drive
   San Leandro, CA 94577
3  Telephone; (510) 532-7105

4  Defendant Pro Se

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  J & J Sports Productions, Inc.,        |  **Case No. 3:08-cv-00988-JSW**

12          Plaintiff,                     |  **CERTIFICATION OF INTERESTED
                                           |  ENTITIES OR PERSONS**
13      vs.

14
    Valentin A. Torres and Omar Torres,
15  individually and d/b/a Star Laundry
16  a/k/a La torta Loca #1,

17          Defendants.

18  _____

19      Pursuant to Civil L.R. 3-16, the undersigned certify that as of this date, other than the

20  named parties, there is no such interest to report.

21

22

23  Dated:  8- 17-08

24                                          Valentin A. Torres
                                            Defendant Pro Se
25

26

27

28

                                        **PAGE** 1

# EXHIBIT "A"

Case 3:08-cv-0098&-JSW   Document 25   Filed 07/29~008   Page 9 of 24   1
Account Details Report

Time-   1:32:38PM
Date   7/7/2008

| Account Number | Business Name | | | | | |
|---|---|---|---|---|---|---|
| 3139484 | STAR LANDROMAT | | | | | |

| Business Address | | | | Mailing Address | | |
|---|---|---|---|---|---|---|
| 3419 INTERNATIONAL BLVD # A | | | | 3419 INTERNATIONAL BLVD | | |
| OAKLAND, CA 94601-3035 | | | | OAKLAND, CA 94601-3035 | | |

| Business Phone | | Status | Business Type | SIC | FEIN | Expiration Date |
|---|---|---|---|---|---|---|
| | | CLOSED | Business/Personal Servic | 7219 | 546351801 | 12/31/2004 |
| | | Current Balance | Business Subtype | BEAN | SEIN | License Issued Da |
| | | | 0 | 0 | 0 | 11/2/2004 |
| Location Code | | License Frequency | Contractor Number | PARCEL | CORPORATE ID | Start Date |
| | | 1 | | | ED6 | 10/1/2004 |
| | | | | EMPLOYEES | CONTRACTOR EXP | Cease Date |
| | | | | 0 | | 12/31/2004 |

| Contact Code | 01 | Contact Name | | | DOB | DL# |
|---|---|---|---|---|---|---|
| Owner 1 | | VALENTINO  TORRES | | | | |
| | | Contact Address | | | PHONE | |

---

## Payment History

| PAYTYPE | POSTDATE | AMOUNT | CHECK# | NOTES | CODE | UNITS |
|---|---|---|---|---|---|---|

# EXHIBIT "B"

BOE-401-A (FRONT) REV. 99 (4-00)
1919 DERY STREET, SUITE 105
OAKLAND CA 94612-1441

STATE OF CALIFORNIA
BOARD OF EQUALIZATION

## STATE, LOCAL and DISTRICT SALES and USE TAX RETURN

| BOARD USE ONLY | | |
|---|---|---|
| RA-TT | LOC | REG |
| RA-BTR | AACS | REF |

**DUE ON OR BEFORE** Jan 31, 2007 for Year - Jan through Dec 2006 | 4206

[ FOID ]
Mail To:
S
BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279-8062

SR    CH    YOUR ACCOUNT NO.
100-587174    4

3419 INTERNATIONAL BLVD, OAKLAND
NORTHSTAR LAUNDRYMAT
OMAR TORRES
1399 LEONARD DR
SAN LEANDRO, CA 94577-2420

EFF
01060-087-0000
79
06/05
RT-AA

BEFORE PREPARING THIS RETURN, PLEASE READ THE RETURN INSTRUCTIONS INCLUDED.

BOE USE

| | | BOE USE | |
|---|---|---|---|
| 1 | TOTAL *(gross)* SALES | 1 | $ 6,039 .00 |
| 2 | PURCHASES SUBJECT TO USE TAX | 2 | .00 |
| 3 | TOTAL *(add lines 1 and 2)* | | 6,039 .00 |
| 11 | TOTAL NONTAXABLE TRANSACTIONS REPORTED *(enter total deductions from line 11 on the back)* | 11 | —0— .00 |
| 12 | TRANSACTIONS SUBJECT TO STATE TAX *(subtract line 11 from line 3)* | 12 | 6039 .00 |
| 12 a | IF YOU ARE REQUIRED TO COMPLETE BOE-531-T, SCHEDULE T, enter amount from line 12, column C. | 12a | .00 |
| 13 | STATE TAX 6% *(multiply line 12 by .06 OR enter line 13 column D from BOE-531-T, Schedule T )* | | 362 .00 |
| 14 a | TRANSACTIONS SUBJECT TO COUNTY TAX *(add amount in box 61 [back] and line 12 above)* | | 6039 .00 |
| b | COUNTY TAX 1/4% *(multiply line 14a by .0025)* | | 15 .00 |
| 15 | LOCAL TAX ADJUSTMENTS FOR AIRCRAFT COMMON CARRIERS **ONLY** *(see line 15 instructions)* | 15 | —0— .00 |
| 16 | TRANSACTIONS SUBJECT TO LOCAL TAX *(add or subtract line 15 to/from line 14a)* | | 6039 .00 |
| 17 | **COMBINED STATE AND LOCAL TAX** 1% *(multiply line 16 by .01) (additional schedules may apply - see line 17 instructions)* | | 60 .00 |
| 18 | **DISTRICT TAX** *(from Schedule A, line A11)* **YOU** MUST COMPLETE BOE-531-A, SCHEDULE A if you are engaged in business in a transactions and use tax district. | 18 | 90 .00 |
| 19 | **TOTAL STATE, COUNTY, LOCAL AND DISTRICT TAX** *(add lines 13, 14b, 17, and 18)* | 19 | 527 .00 |
| 20 | SALES AND USE TAX PAID TO OTHER STATES *(Enter the amount of tax paid for merchandise purchased out of state for use in California. The purchase price must be included in line 2 above.)* | 20 | .00 |
| 21 | **NET TAX** *(subtract line 20 from line 19)* | | 527 .00 |
| 22 | LESS TAX PREPAYMENTS  1st prepayment (Tax only) $  +  2nd prepayment (Tax only) $  =  Total Prepayment | 22 | .00 |
| 23 | **REMAINING TAX** *(subtract line 22 from line 21)* | | 527 |
| 24 | PENALTY of 10% (.10) is due if your tax payment is made, or your return is filed, after the due date shown above *(see line 24 instructions).* | PENALTY 24 | 53 .00 |
| 25 | INTEREST: One month's interest is due on tax for each month or fraction of a month that payment is delayed after the due date. The adjusted monthly interest rate is .00917 (11% divided by 12). | INTEREST 25 | 30 .00 |
| 26 | **TOTAL AMOUNT DUE AND PAYABLE** *(add lines 23, 24, and 25)* | 26 | $ 610 .00 |

REC. NO.

PM

RE

IF YOU PAID BY CREDIT CARD AS DESCRIBED ON PAGE 1 OF THE INSTRUCTIONS CHECK HERE [ ].



*I hereby certify that this return, including any accompanying schedules and statements, has been examined by me and to the best of my knowledge and belief is a true, correct and complete return.*

| YOUR SIGNATURE AND TITLE | TELEPHONE NUMBER ( ) | DATE 6 28 07 |
|---|---|---|
| PRINT NAME AND TITLE | | **S** |
| **PAID PREPARER'S USE ONLY** PAID PREPARER'S NAME | PREPARER'S TELEPHONE NUMBER ( ) | |

*Make a copy for your records.*

BOE-531-A (S1F) REV. 14 (10-06)

STATE OF CALIFORNIA
BOARD OF EQUALIZATION

## SCHEDULE A - COMPUTATION SCHEDULE FOR DISTRICT TAX

| DUE ON OR BEFORE | Jan 31, 2007 for Year - Jan through Dec 2006 | | 4206 | | 79 |
|---|---|---|---|---|---|

| [ FOID ] | | | SR | CH | YOUR ACCOUNT NO. 100-587174 | 4 | |

OMAR TORRES

| A1 | AMOUNT ON WHICH LOCAL TAX APPLIES (Enter amount from line 16 on the front of your Sales and Use Tax Return.) | | $ | 6039 | .00 |
|---|---|---|---|---|---|
| A2/A3 | DEDUCT sales delivered to any location not in a district tax area | 000 | - | | .00 |
| A4 | AMOUNT OF DISTRICT TRANSACTIONS (Subtract line A2/A3 from line A1.) (Report district transactions to the correct district tax areas in column A5.) | | $ | 6039 | .00 |

**NOTE:  THE INCREASING NUMBER OF NEW CITY DISTRICTS HAS CHANGED THE WAY TAXES ARE REPORTED.**
**PLEASE READ THE SCHEDULE A INSTRUCTIONS ON PAGE 4.**

| DISTRICT TAX AREAS | | A5 REPORT LINE A4 TO CORRECT DISTRICT(S) | A6/A7 ADD ( + )/ DEDUCT ( - ) ADJUSTMENTS | A8 TAXABLE AMOUNT A5 plus/minus A6/A7 | A9 TAX RATE | A10 DISTRICT TAX DUE Multiply A8 by A9 |
|---|---|---|---|---|---|---|
| ALAMEDA CO. | 087 | 6039 | | 6039 | .015 | $ 90 .00 |
| CONTRA COSTA CO. | 025 | | | | .01 | .00 |
| CITY OF RICHMOND (Contra Costa Co.) | 096 | | | | .015 | .00 |
| CITY OF PLACERVILLE (El Dorado Co.) | 070 | | | | .0025 | .00 |
| CITY OF SOUTH LAKE TAHOE (El Dorado Co.) | 097 | | | | .005 | .00 |
| FRESNO CO. | 099 | | | | .0725 | .00 |
| CITY OF CLOVIS (Fresno Co.) | 100 | | | | .01025 | .00 |
| CITY OF TRINIDAD (Humboldt Co.) | 092 | | | | .01 | .00 |
| IMPERIAL CO. | 029 | | | | .005 | .00 |
| CITY OF CALEXICO (Imperial Co.) (Expired 3-31-06) | 046 | Discontinued | | | .01 | .00 |
| INYO CO. | 014 | | | | .005 | .00 |
| CITY OF CLEARLAKE (Lake Co.) | 058 | | | | .005 | .00 |
| CITY OF LAKEPORT (Lake Co.) | 101 | | | | .005 | .00 |
| LOS ANGELES CO. | 036 | | | | .01 | .00 |
| CITY OF AVALON (Los Angeles Co.) | 078 | | | | .015 | .00 |
| MADERA CO. (Expired 9-30-05) | 034 | Discontinued | | | .005 | .00 |
| MARIN CO. | 102 | | - | | .005 | .00 |
| CITY OF SAN RAFAEL (Marin Co.) | 126 | | | | .01 | .00 |
| MARIPOSA CO. (Effective 4-1-05) | 103 | | | | .005 | .00 |
| MARIPOSA CO. (Expired 6-30-04) | 076 | Discontinued | | | .005 | .00 |
| TOTAL A11a  (Add amounts in column A10 on this page. Enter the total here **and** on line A11a below.) | | | | | | $ 90 .00 |

**Continued on back of form**



| A11a | TOTAL DISTRICT TAX  (Page 1, enter the total from line A11a above.) | $ .00 |
|---|---|---|
| A11b | TOTAL DISTRICT TAX  (Page 2, enter the total from line A11b on page 2.) | .00 |
| A11c | TOTAL DISTRICT TAX  (Page 3, enter the total from line A11c on page 3.) | .00 |
| A11 | TOTAL DISTRICT TAX  (Add lines A11a, A11b and A11c. Enter here and on line 18 on the front of your Sales and Use Tax Return.) | $ 90 .00 |

BOE-531-A (S2F) REV. 14 (10-06)

## SCHEDULE A - COMPUTATION SCHEDULE FOR DISTRICT TAX

| ACCOUNT NUMBER | | | REPORTING PERIOD |
|---|---|---|---|
| SR | CH | 100-587174 | Jan 31, 2007 for Year - Jan through Dec 2006 |

| DISTRICT TAX AREAS | | A5<br>REPORT LINE A4 TO<br>CORRECT DISTRICT(S) | A6/A7<br>ADD ( + ) / DEDUCT ( - )<br>ADJUSTMENTS | A8<br>TAXABLE AMOUNT<br>A5 plus/minus A6/A7 | A9<br>TAX<br>RATE | A10<br>DISTRICT TAX DUE<br>Multiply A8 by A9 |
|---|---|---|---|---|---|---|
| CITY OF SANTA CRUZ<br>(Santa Cruz Co.) | 090 | | | | | $           .00 |
| CITY OF CAPITOLA<br>(Santa Cruz Co.) | 114 | | | | | .00 |
| CITY OF SCOTTS VALLEY<br>(Santa Cruz Co.) | 130 | | | | | .00 |
| SOLANO CO. | 066 | | | | | .00 |
| SONOMA CO. | 116 | | | | | .00 |
| CITY OF SEBASTOPOL<br>(Sonoma Co.) (Effective 4-1-05) | 118 | | | | | .00 |
| CITY OF SEBASTOPOL<br>(Sonoma Co.) (Expired 3-31-05) | 083 | Discontinued | | | | .00 |
| CITY OF SANTA ROSA<br>(Sonoma Co.) | 120 | | | | | .00 |
| STANISLAUS CO. | 059 | | | | | .00 |
| CITY OF VISALIA (Tulare Co.) | 091 | | | | | .00 |
| CITY OF FARMERSVILLE<br>(Tulare Co.) | 121 | | | | | .00 |
| CITY OF DINUBA (Tulare Co.) | 131 | | | | | .00 |
| CITY OF PORTERVILLE<br>(Tulare Co.) | 132 | | | | | .00 |
| CITY OF TULARE (Tulare Co.) | 133 | | | | | .00 |
| CITY OF SONORA (Tuolumne Co.) | 093 | | | | | .00 |
| CITY OF WOODLAND (Yolo Co.)<br>(Effective 10-1-06) | 138 | | | | | .00 |
| CITY OF WOODLAND (Yolo Co.)<br>(Expired 6-30-06) | 075 | Discontinued | | | | .00 |
| CITY OF WEST SACRAMENTO<br>(Yolo Co.) | 081 | | | | | .00 |
| CITY OF DAVIS (Yolo Co.) | 088 | | | | | .00 |
| TOTAL A11c  (Add amounts in column A10 on this page. Enter the total here  and on line A11c on page 1<br>of Schedule A.) | | | | | | $           .00 |



# EXHIBIT "C"



**DHA18 - $12 OFF FOR 3 MONTHS Agreement (Promo Code: 12RETDHA18)**

Retailer Information:(name) **AM PAC INTERNATIONAL DBA GOLDEN GATE SATELLITE TV** (OE) **OAKLAND** (phone) **(510) 635-6565** (agreement) **9760407**

**CUSTOMER:** Thank you for choosing DISH Network. This agreement (the "Agreement") sets forth the terms and conditions of the Digital Home Advantage promotion. Additional terms and conditions of service are contained in the Residential Customer Agreement provided to you in your receiver User's Guide and made available at www.dishnetwork.com. BY SIGNING BELOW YOU ACKNOWLEDGE AND AGREE THAT YOU HAVE RECEIVED, READ, UNDERSTAND, AND AGREE TO BE BOUND BY ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, INCLUDING WITHOUT LIMITATION, THE TERMS AND CONDITIONS SET FORTH ON ITS SECOND PAGE, AND THE RESIDENTIAL CUSTOMER AGREEMENT, WHICH IS INCORPORATED HEREIN BY REFERENCE, AND THAT THE FOLLOWING TERMS WERE DISCLOSED TO YOU PRIOR TO LEASE: 1) all equipment provided to you under this Agreement remains the property of DISH Network at all times and you agree that within 15 days of termination, downgrade, or disconnection of service as described below, you will return all such equipment to your original retailer or DISH Network or pay the applicable unreturned equipment charges set forth below; 2) you must purchase America's Top 60 (currently $31.99/mo. including rental of one receiver), DISH Latino (currently $29.99/mo. including rental of one receiver), or Great Wall TV Package (currently $34.99/mo. including rental of one receiver) as your minimum subscription level at all times; 3) the $250 lease upgrade fee (if applicable) for the model 942 receiver, the $49.99 lease upgrade fee (if applicable) for the model 411 or ViP211 receiver, and programming payments, are non-refundable; 4) whether a non-refundable activation fee of $49.99 plus applicable sales tax must be paid prior to installation and whether a $49.99 credit will be applied to your first bill; 5) whether you are eligible for local network channels by satellite, or a website or phone number to contact to determine if you are eligible for local network channels by satellite; and 6) if you elected the eighteen month agreement option below, a prorated cancellation fee of $240 will apply for early downgrade, termination, or disconnection of service as described below. **IN THE EVENT THAT YOU DID NOT RECEIVE THE SECOND PAGE OF THIS AGREEMENT, DO NOT SIGN THIS AGREEMENT. IF YOU CHANGE YOUR RESIDENCE, YOU ARE STILL BOUND TO THE TERMS AND CONDITIONS OF THIS AGREEMENT. WE RESERVE THE RIGHT TO CHANGE PRICES, PACKAGES, AND PROGRAMMING AT ANY TIME, INCLUDING WITHOUT LIMITATION, DURING ANY TERM AGREEMENT PERIOD TO WHICH YOU HAVE AGREED.**

**DISH Home Protection Plan ("DHPP").** DHPP is an optional service program that is currently priced at $5.99 per month. DHPP is not currently available to subscribers who are billed by Southwestern Bell Video Services, Inc., dba SBC Home Entertainment for the DISH Network services provided under this Agreement and may not be made available to such subscribers in the future. DHPP includes: a) a priority technical service support telephone number available 24 hours per day/7 days per week; b) free shipping for repair or replacement of defective receiver equipment (including DVR and HD receivers); c) video cabling and power surge repairs to DISH Network equipment; d) discounted in home service calls currently priced at $29 (regularly $99); and e) one free DISH Mover (if you relocate to an area where DISH Network programming is available, we will provide free standard professional installation of a new DISH 500 antenna (or a SuperDISH or DISH 1000 antenna where required for local channel packages or a 24-inch or larger DISH 300 antenna for residents of Hawaii and eligible locations within the Anchorage, Alaska metropolitan area) and your existing receivers). Please see www.dishnetwork.com or call 1-800-333-DISH for complete details.

**Term Agreement Option and Cancellation Fee.** If you would like to receive a $49.99 credit applied to your first bill and DHPP (if available to you at the time you sign this Agreement) at no additional cost, you must agree to an eighteen month agreement by initialing below. If you elect this option, DHPP (if available to you at the time you sign this Agreement) will be provided to you at no additional cost for the duration of the eighteen month term. By initialing the eighteen month agreement option, you agree to purchase America's Top 60, DISH Latino, or Great Wall TV Package as your minimum subscription level for eighteen (18) months from the date of initial activation ("Initial Term"). If after activation, but before the end of the Initial Term, you elect to terminate this Agreement or downgrade your programming below the required minimum programming package of America's Top 60, DISH Latino, or Great Wall TV Package, or your service is disconnected for any reason, and all programming and other fees and charges for the Initial Term have not been paid in full as of such termination, downgrade, or disconnection, you agree to pay, and we will automatically charge, a **cancellation fee** equal to $13.33 multiplied by the number of months remaining in the Initial Term to your DISH Network account or your Credit Card as defined below, at our option. (If the eighteen month agreement option is not initialed, you will be deemed to have declined a term agreement.)

**Declined Term Agreement Option: X** _____

**Customer Name:** OMAR TORRES

**Phone:** (510) 536-0974

**Street Address:** 3419 INTERNATIONAL BLVD

**City:** OAKLAND **State:** CA **Zip:** 94601

**Dish: Orbital Locations:**

**Eighteen Month Agreement Option: X** _____

**Customer Signature: X** _____

**Date:** _____

**Account#** 8255909565123632

**County:**

**Receiver Models Selected: 301 [_]  311 [_]  322 (Dual Tuner) [_]  510 (DVR) [_]  522 or 625 (Dual Tuner DVR) [_]  811, 411*, or ViP211 (HD)* [_]  942 (HD-DVR Dual Tuner)** [_]**
* = Requires a non-refundable lease upgrade fee of $49.99
** = Requires a non-refundable lease upgrade fee of $250

COPY

**TERMS AND CONDITIONS**

**General.** This promotion offers eligible new residential DISH Network subscribers the opportunity to lease certain equipment and purchase certain services, subject to the terms and conditions set forth in this Agreement.

**Eligibility.** Services and equipment must be ordered, installed, and activated between and including October 8, 2005 and January 31, 2006. This offer is limited to new, first-time residential DISH Network subscribers who: (1) reside in the continental United States, Hawaii, or certain sections of the Anchorage, Alaska metropolitan area that have been determined by DISH Network in its sole discretion to be eligible locations under this promotion; (2) provide DISH Network with a valid major credit card number issued to the customer who signs this Agreement; (3) provide DISH Network with the Social Security number issued to the customer who signs this Agreement; and (4) receive credit approval. If you reside in Alaska, you represent and warrant that you have confirmed with your participating retailer that your residence is within an area that has been determined by DISH Network to be an eligible location under this promotion. Only one participant is allowed per household. This offer may not be combined with any other offer. Standard professional installation of up to four receivers (or only up to two receivers for subscribers who purchase International programming other than Great Wall TV Package) to up to four televisions, a DISH 500 antenna (or a SuperDISH antenna where required for local channel packages or International programming, a DISH 1000 antenna where required for local channel packages, or a 24-inch or larger DISH 300 antenna for residents of Hawaii and eligible locations within the Anchorage, Alaska metropolitan area) and mounting hardware is included. In certain installations, additional equipment may be required and additional fees may apply. For installations performed for residents of Hawaii who purchase America's Top 180, DISH Latino, DISH Latino Dos, DISH Latino Max or any programming package which includes high definition programming, additional equipment will be required and additional fees may apply. For installations performed for residents in the continental United States who purchase International programming broadcast from a wing satellite (61.5 or 148) location, an additional purchase of a second antenna will be required and additional fees may apply. For installations performed for residents of eligible locations within the Anchorage, Alaska metropolitan area, an additional purchase of a 24-inch or larger DISH 300 antenna will be required and additional fees may apply. Maximum of four total tuners per account. Maximum of one model 522 receiver per account. Maximum of one model 625 receiver per account. Maximum of one model 942 receiver per account. Maximum of two model 811, 411, or VIP211 receivers per account. DISH Network shall determine eligibility for participation, including without limitation the number and type of receivers to be provided, in its sole discretion and reserves the right to deny eligibility for any reason.

**Programming.** A minimum programming package of America's Top 60, DISH Latino, or Great Wall TV Package is required at all times. In the event you do not purchase the required minimum programming package, your service will be deactivated. Local channels are included where available.

**Monthly Fees and Payments.** You agree to make a monthly payment by the payment due date for the programming you select and for the following fees as applicable depending on the equipment you select: **Equipment Rental Fee:** A $5.00 equipment rental fee for the first receiver activated is included in the promotional base programming package price. An additional equipment rental fee of $5.00 per month will be charged to your account for each receiver activated beyond the first; **DISH Network DVR Service Fee:** A $4.98 per month DISH Network DVR service fee will be charged to your account for each model 510, 522, 625, or 942 receiver activated. This fee will be waived if you subscribe to America's "Everything" Pak or the Latino "Everything" Pak; **Additional Outlet Programming Access Fee:** A $4.99 per month additional outlet programming access fee will be charged to your account for each dual tuner receiver (models 322, 522, 625, and 942) activated. This fee will be waived on a monthly basis for each such receiver that DISH Network confirms has been continuously connected to your same land-based phone line. DISH Network's confirmation process shall be the sole method utilized to determine if your additional outlet programming access fee(s) will be waived. The $250 lease upgrade fee for the model 942 receiver is not a deposit and is non-refundable. The $49.99 lease upgrade fee for the model 411 or ViP211 receiver is not a deposit and is non-refundable. The $49.99 activation fee (if applicable) is non-refundable but will be credited on your first account billing statement in the event you agree to the eighteen month agreement option by initialing above. State and local taxes, or gross earnings tax reimbursement charges (not a tax or governmental fee on consumers; recovers tax on satellite TV gross earning imposed in some states) may apply. Other fees may apply as set forth in the Residential Customer Agreement. Different or other payment options may be applicable where billing is provided through a billing agent.

**Unreturned Equipment Charges.** This promotion allows you to use the satellite receiver(s), smart card(s) and remote control(s), low noise block converters with integrated feeds ("LNBFs"), and switches (if any) you select under this promotion while you remain an active customer in good standing and in compliance with this Agreement and the Residential Customer Agreement. All such equipment is owned by DISH Network at all times and must be returned if you elect to terminate this Agreement or downgrade your programming below required minimum programming package of America's Top 60, DISH Latino, or Great Wall TV Package, or your service is otherwise disconnected for any reason at any time. WITHIN 15 DAYS OF SUCH TERMINATION, DOWNGRADE, OR DISCONNECTION, YOU AGREE TO RETURN ALL SUCH EQUIPMENT IN GOOD OPERATING CONDITION, NORMAL WEAR AND TEAR EXCEPTED, TO: (1) your original retailer (or DISH Network if no retailer was used) if such termination, downgrade, or disconnection occurs during the first 180 days after activation of programming, or (2) DISH Network if such termination, downgrade, or disconnection occurs after the first 180 days from the date of activation of programming. If such termination, downgrade, or disconnection occurs after the first 180 days, you agree to immediately call DISH Network at 1-888-220-3474 to receive a return authorization number and delivery instructions for the return of such equipment to DISH Network. You are responsible for and shall bear all costs and expenses to return such equipment. IF YOU FAIL TO RETURN SUCH EQUIPMENT AS SET FORTH HEREIN, YOU AGREE TO PAY, AND WE WILL AUTOMATICALLY CHARGE TO YOUR DISH NETWORK ACCOUNT OR YOUR CREDIT CARD (AS DEFINED BELOW), AT OUR OPTION, AN UNRETURNED EQUIPMENT CHARGE FOR EACH ITEM NOT RETURNED AS FOLLOWS (in each case and collectively, the "Unreturned Equipment Charge"): model 942 receiver, $450; model 625 or 522 receiver, $300; model 322, 510, 411, VIP211, and 811 receivers, $200; model 111, 301, and 311 receivers, $100; outdoor LNBF and quad switch, $100.

**Collection of Fees/Credit Card Authorization.** You hereby authorize DISH Network to charge, and/or place a hold with respect to, any and all cancellation fee(s) and unreturned equipment fee(s) owing under this Agreement (collectively, the "Authorized Amounts"), to your credit card or debit/check card that you initially provided to DISH Network and/or to any other credit card or debit/check card of yours that you provide to make payments to DISH Network (the "Credit Card"), authorize the issuer of the Credit Card to pay the Authorized Amounts without DISH Network submitting a signed receipt, and agree that this Agreement is to be accepted as such authorization. You authorize DISH Network to continue to attempt to charge, and/or place holds with respect to, the Authorized Amounts, or any portion thereof, to the

Credit Card until such amounts are paid in full. You acknowledge and agree that DISH Network shall have no liability whatsoever for any non-sufficient funds, rejected debit, or other charges incurred by you as a result of such attempts to charge, and/or place holds on, the Credit Card. Payment of a cancellation fee shall not relieve you of your obligation to pay all unpaid charges on your account. In the event that you are enrolled or later enroll in DISH Network's AutoPay ("AutoPay") or Electronic Funds Transfer ("EFT") payment programs, you agree that the Authorized Amounts and any and all monthly programming, pay-per-view, and other similar and related charges and other amounts owing under this Agreement or the Residential Customer Agreement may be charged to the credit card, debit/check card, or account provided by you to DISH Network pursuant to such AutoPay or EFT program.

**Billing Agents.** We may enter into relationships with third parties to provide billing and other services on our behalf in which case the terms and condition of this Agreement shall apply to such third parties as applicable under the circumstances.

**Contact Information.** You may reach DISH Network by e-mail at feedback@customermail.dishnetwork.com, or write us at DISH Network, P.O. Box 9033, Littleton, CO 80160. Please do not send payments to this address.

Print Agreement                    Promotions Center



©2004, EchoStar Satellite L.L.C. All rights reserved.



**DISH NETWORK** A DIVISION OF ECHOSTAR SATELLITE L.L.C
8255 9000 EQ RP 15 0283510 03162006 YNNYNY

**Page 2 of 2**

OMAR TORRES

**Account Number:** 8255 90 956 5123632

March 15, 2006

**Correspondence**
Be sure to provide your name, telephone number and DISH Network account number whenever you contact us. See the front of this statement for contact information regarding billing matters. For other concerns you can also email us at FeedBack@customermail.dishnetwork.com.

Do not write comments on the return portion of your statement, or send correspondence to the payment address. Our electronic payment processing system cannot read comments. If you need to send comments by mail, write to DISH Network, PO Box 9033, Littleton, CO 80160.

| Service Date(s) | **Detailed Charges** | |
|---|---|---|
| | Previous Balance | $13.37 |
| Feb 17 | Payment - Thank You | - 13.37 |
| | | $0.00 |

| From | To | **Current Charges** | |
|---|---|---|---|
| Mar 30 | Apr 29 | Additional Receiver | 5.00 |
| | | Digital Home Advantage - DISH Latino Dos, Local | 39.99 |
| | | DISH Home Protection | 5.99 |
| | | DISH Three Movie Package | 30.99 |
| Mar 15 | | State/Local Tax (Sales/Gross Receipts) | 0.88 |
| | | | $82.85 |

| | **Pay-Per-View** | |
|---|---|---|
| Feb 25 | PPV AUTOMATED ORDER FEE | 1.00 |
| | BOXING VARGAS VS MOSLEY | 44.95 |
| | | $45.95 |

| | **Adjustments** | |
|---|---|---|
| Mar 07 | Dhpp Credit 3RD Month - Adjustment | - 5.99 |
| | Program Credit 3 of 3 - Adjustment | - 12.00 |
| | Hboshomax 3mos 3 of 3 - Adjustment | - 30.99 |
| | | $-48.98 |

**Total Due by Apr 4, 2006**        **$79.82**

CONR 69517
527 6957
1

**Payment Information**
All monthly services are billed in advance. Please send payment 7-10 days before due date to allow time for payment processing.
Payment should be mailed to DISH NETWORK, Dept 0063, Palatine, IL 60055-0063.
To pay by:
MoneyGram ExpressPay call 1-800-926-9400 (receive code: 1899)
PreCash call 1-877-271-4073
America's Cash Express (ACE) 1-800-991-9164
Western Union Quick Collect call 1-800-325-6000
(code city: DISH Network, code state: CO)
Check payments: DISH Network processes personal checks electronically. Your bank statement is your proof of payment. If you wish to receive your cancelled check, if offered by your financial institution, please check the appropriate boxes on the remittance slip.
Please write your DISH Network account number on any checks or money orders.

**Fees**
Returned Payment Fee . . . . . . . . . . . . . . . . . . . . . . . . $10.00
Late Payment Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . $5.00
Reconnect Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25.00
Additional Outlet Programming Access Fee . . . . . . . . . . . . . $5.00
Additional Outlet Programming Access Fee (HD) . . . . . . . . $6.00
HD Enabling Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . $6.00
DISH Network DVR Service Fee . . . . . . . . . . . . . . . . . . $5.98
Change of Programming Service Fee
    Regular Programming . . . . . . . . . . . . . . . . . . . . . . . $5.00
    Adult Programming . . . . . . . . . . . . . . . . . . . . . . . $10.00
    There is no fee to add programming.
Service Access Fee . . . . . . . . . . . . . . . . . . . . . . . . . $6.00
Credit/Debit Card Payment Agent Handling Fee . . . . . . . . . $5.00
Check by Phone Fee . . . . . . . . . . . . . . . . . . . . . . . . . $9.99

**Equipment Rental Charges**
Digital Home Advantage (DHA) customers pay a monthly equipment rental fee based on the number and type of receivers on the account. The equipment rental fee for the first receiver is included in the package price. An additional equipment rental fee of $5.00 ($6.00 in the case of model VIP211 or VIP622 DVR) per month will be charged to your account for each receiver beyond the first and will be displayed as a separate line item on your bill. Applicable tax charges are added.

**Connection**
To optimize the operation of your equipment, you must connect each DISH Network receiver on your account to a telephone line.

**Terms and Conditions**
Your Residential Customer Agreement is included in your User's Manual and is also available at www.dishnetwork.com. Please consult this and any promotional agreement for the terms and conditions applicable to programming and other services. By activating your DISH Network account and receiving services, you accept such terms and conditions.
sb260028

TRANSMISSION VERIFICATION REPORT

```
                              TIME : 05/17/2006 11:13
                              NAME : FRUITVALE SHIPPING
                              FAX  : 5105364342
                              TEL  : 5105361300
                              SER.# : BROB2N218088
```

```
DATE,TIME              05/17  11:12
FAX NO./NAME           12132299295
DURATION               00:00:53
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```

```
              RINCON MUSICAL
           4711 INTERNATIONAL BLVD
              OAKLAND CA 94601
               (510) 532-6801

    Terminal ID: CA0951    Teller: GENERAL
    April 05, 2006 05:07 PM
    Receipt Number - NC095020001

                - STUB(S) -
    TR#: CA095100513001-1
    TRANS# 001.1    SEQ# 1    TS# 00513
    Dish Network
    ACT#: 8255909565123632
    AMOUNT PAID :              $79.82


                - FEES -
    FEES PAID :                $1.00


                - PAYMENT(S) -
    CASH                       $80.82
    ----------------------------------------
    TOTAL PAID:                $80.82

    TOTAL TENDERED:            $80.82
    CHANGE DUE:                $0.00


    ALL TRANSACTIONS PROCESSED IN
    3 BUSINESS DAYS

    Please verify all account information
    is correct before leaving the payment
    location.

    Thank you for using CheckFreePay.
```



**golden gate SATELLITE TV**
7900 Capwell Dr. Oakland, CA 94621
Tel: (510) 635-6565
www.ggSatelliteTV.com

# Invoice

**Invoice No.:**   5291
**Invoice Date:**   1/27/2006

Friday

Omar Torres
3419 International Blvd
Oakland, CA 94601
510-536-0974

Declined DVR



| Sales | Dish Provider | Promotion | Programming | Installer | Install Date |
|-------|---------------|-----------|-------------|-----------|--------------|
| Evelyn | Dish New | -12$RETDHA18 | Dish Latino Uno | Edgar | 1/30/2006 |

| Code | Product Description | Unit | Price | Tax | Amount |
|------|---------------------|------|-------|-----|--------|
| AFRT | Activation Fee (refunded on the first bill) | 1 | $49.99 | ☑ | $49.99 |
| DN311 | Dish Network 311 Receiver | 1 | $0.00 | ☑ | $0.00 |
| DN311 | Dish Network 311 Receiver | 1 | $0.00 | ☑ | $0.00 |

| | | |
|---|---|---|
| Sales Tax | $4.37 |
| **Total** | **$54.36** |
| **Balance** | **$54.36** |



1800 733 3474

comtv 3969324

**Signature** _____    **Date** _____

Poliza de 3 Dias: Cubre equipe solamente. La instalacion u otro trabajo no es refundable. (En caso de cancelacion) El cliente tendra que pagar la instalacion o algunos otros cargos. Esto aplica todas las promociones donde la instalacion fue gratis. El precio de la instalacion basica es de $149 (sistema de un reccividor) o $199 (sistema de dos reccividores). Porfavor vea el canal 101 para informacion de pagos.

$25 por cualquier cheque no aceptado por el banco.

Una Instalacion Basica Consiste En: Instalar la antena a una altura adecuada, correr el cable por afuera de la casa, Se hara una penetracion en la pared con direccion a la TV mas cercana. El instalador le dara un presupuesto por cualquier trabajo adicional. Solo despues de su aprobacion instalara. Todo el equipo tiene 1 ano de garantia con el fabricante. El servicio de instalacion sera cubierta por gg Satellite TV hasta 90 dias despues de la instalacion.

## PROOF OF SERVICE (SERVICE BY MAIL)

I, Adriana Sanchez, the undersigned hereby declare:

I am over eighteen years of age and not a party to the above action. My business Address is 40051 Michelle Street, Fremont, California 94538.

On August 22, 2008, I served:

## DEFENDANT'S SEPARATE CASE MANAGEMENT CONFERENCE
## STATEMENT ORDER and CERTIFICATION OF INTERESTED ENTITIES OR
## PERSONS

## DEFENDANT VALENTIN A. TORRES' REPLY BRIEF IN SUPPORT OF
## MOTION TO DISMISS

## DECLARATION OF VALENTIN A. TORRES

## PROPOSED ORDER

On the party named below, addressed as follows:

> Thomas P. Riley, Esq.
> Law Offices of Thomas P. Riley, P.C.
> First Library Square
> 1114 Fremont Avenue
> South Pasadena, CA 91030-3227
> Facsimile: (626) 799-9795

[ x ]    By U.S. Mail: I placed a true copy in a sealed envelope to the party stated above and deposited the sealed envelope with the United States Postal Service with the postage fully prepaid.

[ ]    By Facsimile: I caused said documents to be transmitted to the above-named parties by a fax machine.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 22, 2008, at Fremont, California.

Adriana Sanchez