IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>VALENTIN A. TORRES, individually and d/b/a STAR LAUNDRY a/k/a LA TORTA LOCA #1, and OMAR TORRES, individually and d/b/a STAR LAUNDRY a/k/a LA TORTA LOCA #1,<br><br>    Defendants.<br>_____/ | No. C 08-00988 JSW<br><br>**ORDER TO SHOW CAUSE** |

This matter came before the Court for a case management conference on Friday, October 17, 2008. On May 28, 2008, this Court issued an Order scheduling the case management conference for June 13, 2008, and required that the parties and/or their lead counsel appear. In the Order denying defendant Valentine A. Torres' motion to dismiss, the Court continued the case management conference to October 17, 2008. Plaintiff's lead counsel failed to appear for that case management conference.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than October 27, 2008, as to why this case should not be dismissed for failure to prosecute.

///

///

///

///

Failure to respond to this Order by October 27, 2008, shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: October 20, 2008

                                                                          *Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

VALENTIN A. TORRES et al,

    Defendant.

Case Number: CV08-00988 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Valentin A. Torres
1399 Leonard Drive
San Leandro, CA 94577

Dated: October 20, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk