**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>VALENTIN A. TORRES, individually and d/b/a STAR LAUNDRY a/k/a LA TORTA LOCA #1, and OMAR TORRES, individually and d/b/a STAR LAUNDRY a/k/a LA TORTA LOCA #1,<br><br>  Defendants.<br>_____/ | No. C 08-00988 JSW<br><br>**ORDER RE RESPONSE TO ORDER SHOW CAUSE** |

On October 20, 2008, the Court issued an Order to Show Cause ("OSC") in writing no later than October 27, 2008, as to why this case should not be dismissed for failure to prosecute based on lead counsel's failure to appear for the case management conference held on October 17, 2008. On October 22, 2008, counsel Elizabeth A. MacDonald, who is not listed as an attorney for Plaintiff, let alone as the lead counsel for Plaintiff, filed an explanation as to why she was late for the case management conference. The Court does not consider her declaration an adequate response to the OSC as to why this case should not be dismissed for failure to prosecute based on lead counsel's failure to appear. The response is due by October 27, 2008.

**IT IS SO ORDERED.**

Dated: October 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALENTIN A. TORRES et al, <br><br> Defendant. | Case Number: CV08-00988 JSW <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Valentin A. Torres
1399 Leonard Drive
San Leandro, CA 94577

Dated: October 23, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk