IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | |
| Plaintiff, | No. C 08-00988 JSW |
| v. | |
| VALENTIN A. TORRES, individually and d/b/a STAR LAUNDRY a/k/a LA TORTA LOCA #1, and OMAR TORRES, individually and d/b/a STAR LAUNDRY a/k/a LA TORTA LOCA #1, | **ORDER IMPOSING SANCTIONS** |
| Defendants. | |

Due to Plaintiff's lead counsel's failure to attend the case management conference on October 17, 2008, the Court HEREBY IMPOSES sanctions in the amount of $250.00 payable to the Clerk of the Court by no later than November 7, 2008. These sanctions are to be paid by counsel, and not his client. The Court will not dismiss Plaintiff's case.

The Court HEREBY SETS a further case management conference in this case for November 14, 2008 at 1:30 p.m. The parties shall file their case management statements by no later than November 7, 2008.

**IT IS SO ORDERED.**

Dated: October 28, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | Case Number: CV08-00988 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| VALENTIN A. TORRES et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Valentin A. Torres
1399 Leonard Drive
San Leandro, CA 94577

Dated: October 28, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2