Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. CV 08-0988 JSW |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS VALENTIN A. TORRES and OMAR TORRES, individually and d/b/a STAR LAUNDRY A/K/A LA TORTA LOCA #1 |
| vs. | |
| Valentin A. Torres, et al. | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants VALENTIN A. TORRES and OMAR TORRES, individually and d/b/a Star Laundry a/k/a La Torta Loca #1, that the above-entitled action is hereby dismissed **without prejudice** against VALENTIN A. TORRES and OMAR TORRES, individually and d/b/a Star Laundry a/k/a La Torta Loca #1 to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 31, 2009, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: December 16, 2008

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: _____  Please see attached
**VALENTIN A. TORRES**
Individually and d/b/a Star Laundry
a/k/a La Torta Loca #1

Dated: _____  Please see attached
**OMAR TORRES**
Individually and d/b/a Star Laundry
a/k/a La Torta Loca #1

**IT IS SO ORDERED:**

_____                Dated:_____
**The Honorable Jeffrey S. White**
**United States District Court**
**Northern District of California**

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 31, 2009, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: December 16, 2008

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 12-22-08

**VALENTIN A. TORRES**
Individually and d/b/a Star Laundry
a/k/a La Torta Loca #1

Dated: 12-22-08

**OMAR TORRES**
Individually and d/b/a Star Laundry
a/k/a La Torta Loca #1

**IT IS SO ORDERED:**

Dated: 12-22-08    DEC 29 2008

_____
The Honorable Jeffrey S. White
United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

v.

VALENTIN A. TORRES et al,

        Defendant.
        _____/

Case Number: CV08-00988 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Valentin A. Torres
1399 Leonard Drive
San Leandro, CA 94577

Dated: December 30, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk